USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 11-15-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MASSIMO BETTONI, et al.,

                    Plaintiffs,

        -against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

------------------------------------------------------------------ X

**ORDER OF
SATISFACTION OF
JUDGMENT**

05-CV-4299 (LAP)

WHEREAS, on January 17, 2007, the Court entered a final judgment, ECF No. 17, (the "Final Judgment") against the Republic of Argentina (the "Republic"), and in favor of the plaintiffs Ramon Eduardo Nebhen, Ana Cecilia Albornoz, Bruno Italia, Angela Busi, Maria Lucrecia Quiroga, Ruben Ubaldo Di Marco, Nicolas Carlos Amador Farinola, Jorge Conrado Farinola, Renate Arnold, Irma Haydee Redondo de Negri, and Jorge Alberto Atilio Negri, (together, the "Milberg Plaintiffs") and plaintiffs Massimo Bettoni and Carla Marini de Felicis Arcangeli (together, the "Duane Morris Plaintiffs") with respect to plaintiffs' ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, on June 25, 2019, the Court entered an Order of Satisfaction of Judgment, ECF No. 130, as to the Duane Morris Plaintiffs;

WHEREAS, the Milberg Plaintiffs have also tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are the subject of the above-captioned case.

NOW, THEREFORE, satisfaction of the Final Judgment as to the Milberg Plaintiffs is hereby acknowledged, which, taken together with satisfaction of the Final Judgment as to the Duane Morris Plaintiffs, results in satisfaction of the Final Judgment in full.

NOW, THEREFORE, the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

SO ORDERED:

_____
United States District Judge
Dated: November 18, 2019